```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                Plaintiff,

           - against -

ANDREW JOSEPH,

                              Defendant.
---------------------------------------------------------------X

20-MJ-7858

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      By letter dated September 30, 2020, defense counsel requested to be relieved of counsel for nonpayment of services and enclosed a financial affidavit that appears to be from the defendant. Accordingly, defense counsel and the defendant shall appear for a conference before the duty Magistrate Judge to address defense counsel's application to withdraw and appointment of counsel for the defendant. By **October 5, 2020**, defense counsel shall contact Arraignment/Docketing at **212-805-4051** to schedule the conference.

                                            SO ORDERED.

                                            _____
                                            ROBERT W. LEHRBURGER
                                            UNITED STATES MAGISTRATE JUDGE

Dated: October 1, 2020
        New York, New York

Copies transmitted this date to all counsel of record.